RECEIVED

**Monsieur Patrick Littaye**

NOV - 9 2023

U.S. BANKRUPTCY COURT
POUGHKEEPSIE, NY

**A: Judge Cecelia G. Morris**
United States Bankruptcy Court
Southern District of New York

**Adv. Pro. No. 08-1789 (CGM)**
**Motion to withdraw as counsel**

Madam Judge,

First of all, let me tell you that I am now 84 years old, in very poor health and unable to move around.

I have not had any professional activity for many years.

I am neither bilingual nor a lawyer and have no expertise in legal or procedural matters whatsoever, particularly American ones, nor do the lawyers who were able to accompany me to other countries following the bankruptcy. from BLMIS.

This is why I am writing to you in French as I cannot ask you to do a Google translation of this correspondence to enable you to understand it as best as possible.

Furthermore, I would like to point out to you that the KATTEN firm is the sole advisor of the ACCESS entities, of Mr. then of Mrs. de Villehuchet, his widow, and of myself, since the beginning, therefore for several decades and has always been paid for this.

This firm, which is the only US counsel for the aforementioned people and is the only one to have knowledge of all American issues in particular, seems to have presented you with a request to be authorized to no longer occupy this position (except for Madame De la Villehuchet which would continue to be defended), on the sole pretext that I am not able to bear the costs announced (several million dollars) to continue to assume this function, leaving me without a solution.

Beyond the extremely shocking nature of this request from the KATTEN firm, I am extremely dismayed that it was addressed to me neither in the form nor on time, nor, despite my repeated requests made to this effect to the KATTEN firm, with the necessary information to enable me to understand all the ins and outs, to oppose it and/or to be able to provide a useful defense in this regard.

Furthermore, and as I have indicated on several occasions to the members of this firm, I do not in any way wish that the KATTEN Firm ceases to occupy its position but unfortunately does not have the means to pay the announced fees.

No solution was proposed to me so that, faced with the existing situation, the defense of this case could be usefully ensured for all the people who, until now, have been represented by this firm which has been paid for decades.

I do not understand any more than the procedure implemented for 14 years now by the Trustee who has unlimited means, who made the wrong judge, who persisted in making requests that he was not authorized to make. formulate, who radically changed his writings, his requests and his strategy on multiple occasions during the procedure, has never been judged to have to bear the costs of the

lawyers who have had to defend the case until now, leaving number of parties without any means to defend themselves having spent all their funds.

This situation is aggravated by the fact that the procedure is at this stage examined by a New York court before which the costs to be borne (in particular for advice) are astronomical and out of proportion to those which would have been borne before the most competent courts and the most appropriate to resolve the subjects concerned, the documentary basis of which is for the most part located in Europe and must be examined with regard to European law and Luxembourg law.

At the risk of repeating myself, I hope that all the people previously represented continue to see their defense provided usefully by the KATTEN Firm, especially since the Trustee's assertions supporting his requests have been hotly contested and still are.

Attached you will find a translation of this letter produced by Google translate.

Remaining at your disposal for any further information.

Please accept, Madam Judge, my sincere greetings.

Patrick LITTAYE

**Monsieur Patrick Littaye**

A: Judge Cecelia G. Morris
United States Bankruptcy Court
Southern District of New York

**Adv. Pro. No. 08-1789 (CGM)**
**Motion to withdraw as counsel**

Madame le Juge,

Tout d'abord, je me permets de vous préciser que je suis aujourd'hui âgé de 84 ans, en très mauvais état de santé et dans l'incapacité de me déplacer.

Je n'ai plus d'activité professionnelle depuis de nombreuses années.

Je ne suis ni bilingue, ni juriste et n'ai aucune compétence en matière juridique, procédurale quelle qu'elle soit et notamment américaine, pas davantage que les avocats qui ont pu m'accompagner dans d'autres pays à la suite de la faillite de BLMIS.

C'est la raison pour laquelle je vous écris en français ne pouvant que vous proposiez de faire une traduction Google de la présente correspondance pour vous permettre au mieux de la comprendre.

Par ailleurs, je vous précise que le cabinet KATTEN est le seul conseil des entités ACCESS, de Monsieur puis de Madame de Villehuchet, sa veuve, et de moi-même et ce, depuis l'origine, donc depuis plusieurs décennies et a toujours été payé à ce titre.

Ce cabinet, qui est le seul conseil US des personnes précitées et est le seul à avoir connaissance de l'ensemble des problématiques américaines notamment, semble vous avoir présenté une demande pour être autorisé à ne plus occuper cette fonction (sauf pour Madame De la Villehuchet qui continuerait à être défendue), au seul prétexte que je ne suis pas en mesure de supporter les coûts annoncés (plusieurs millions de dollars) pour continuer à assumer cette fonction me laissant sans solution.

Au-delà du caractère extrêmement choquant de cette demande de la part du cabinet KATTEN, je suis extrêmement consterné qu'elle ne m'ait été adressée ni dans les formes, ni dans les délais, ni, malgré mes demandes répétées faites en ce sens au cabinet KATTEN, avec les informations nécessaires pour me permettre d'en comprendre tous les tenants et aboutissants, de m'y opposer et/ou de pouvoir assurer utilement une défense à ce titre.

De plus et comme je l'ai indiqué à plusieurs reprises aux membres de ce cabinet, je ne souhaite aucunement que le Cabinet KATTEN cesse d'occuper sa fonction mais n'ait malheureusement pas les moyens de payer les honoraires annoncés.

Aucune solution ne m'a été proposée pour que, face à la situation existante, la défense de ce dossier puisse être utilement assurée pour toutes les personnes qui, jusqu'alors, sont représentées par ce cabinet qui a été payé pendant des décennies.

Je ne comprends pas davantage que la procédure mise en œuvre depuis maintenant 14 ans par le Trustee qui dispose de moyens illimités, qui s'est trompé de juge, qui s'est obstiné à formuler des demandes qu'il n'était pas autorisé à formuler, qui a radicalement changé à des multiples reprises ses

écrits, ses demandes et sa stratégie au cours de la procédure, n'a jamais été jugé comme devant supporter les coûts des avocats qui ont eu à défendre le dossier jusqu'à présent, laissant nombre de parties sans plus de moyens de se défendre ayant dépensé tous leurs fonds.

Cette situation est aggravée par le fait que la procédure soit à ce stade examinée par une juridiction New Yorkaise devant laquelle les coûts à supporter (notamment des conseils) sont astronomiques et hors de proportion avec ceux qui auraient été supportés devant les juridictions les plus compétentes et les plus appropriées pour trancher les sujets concernés dont la base documentaire pour la plupart se trouve en Europe et doit être examinée au regard du droit européen et du droit Luxembourgeois.

Au risque de me répéter je souhaite que toutes les personnes jusqu'alors représentées continuent de voir leur défense assurer utilement par le Cabinet KATTEN, et ce d'autant que les affirmations du Trustee soutenant ses demandes ont été vivement contestées et le sont encore.

Vous trouverez en pièce jointe une traduction de la présente lettre réalisée par Google traduction.

Restant à votre disposition pour tout complément d'informations.

Je vous prie de croire, Madame le Juge, à mes sincères salutations.

6/11/2023     Patrick LITTAYE